UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>JESSE C MEDINA,<br><br>        Defendant. | Case No. 21-cv-09156-VC<br><br>**ORDER GRANTING MOTION TO REMAND AND MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 7 |

      Hughes's motion to remand is granted because this case was improperly removed from Arizona Superior Court to this district. *See* 28 U.S.C. § 1441(a) (permitting removal to the district court "where such action is pending"). The Clerk of the Court is therefore directed to remand this case to Pima County Superior Court.

      Additionally, Hughes's motion for attorneys' fees and costs is granted because Medina's arguments in support of removal to the Northern District of California are frivolous. *See* 28 U.S.C. § 1447(c). Hughes shall submit a fee request with appropriate documentation by Monday, February 14, 2022. Medina can file a response to this request by Wednesday, February 16, 2022. The Court will then determine whether to approve the request as is or reduce the award.

      **IT IS SO ORDERED.**

Dated: February 9, 2022

_____
VINCE CHHABRIA
United States District Judge